**No. 69479.**—Gross Plumbing & Rubber Co., Inc., et al. v. United States, protests 59/25795, etc. (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers and metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. 69480.**—The Grady Travers Co., Inc., et al. v. United States, protests 217847–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fishing lines similar in all material respects to those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 28, 1965

**No. 69481.**—Max Mandel Laces, Inc. v. United States, protest 268659–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained.